**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION**

**KENNETH ALLEN SMITH,**                                                        **PETITIONER**

**v.**                                                            **No. 2:06CV149-P-A**

**LEPHER JENKINS, ET AL.**                                         **RESPONDENTS**

**FINAL JUDGMENT**

In accordance with the memorandum opinion issued today in this cause, the instant petition for a writ of *habeas corpus* is hereby **DISMISSED** with prejudice. In light of this decision, any motions currently pending in this case are hereby **DISMISSED** as moot.

**SO ORDERED,** this the 23rd day of July, 2007.

                                                                 /s/ W. Allen Pepper, Jr.
                                                                 W. ALLEN PEPPER, JR.
                                                                 UNITED STATES DISTRICT JUDGE